UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LILLI HUONG,

              Plaintiff(s),

   v.

BEIS LLC,

              Defendant(s).

CASE NO. 26-0207-KKE

ORDER GRANTING STIPULATED
MOTION FOR EXTENSION OF TIME

Now before the Court is the parties' stipulated motion to extend Defendant's deadline to file its responsive pleading by 30 days, up to and including February 26, 2026. Dkt. No. 5. The Court GRANTS the parties' stipulated motion. Dkt. No. 5. Defendant shall answer, move, or otherwise respond to Plaintiff's complaint by February 26, 2026.

Dated this 30th day of January, 2026.

_____
Kymberly K. Evanson
United States District Judge

ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME - 1