UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LILLI HUONG,

　　　　　　　　Plaintiff(s),

　　v.

BEIS LLC,

　　　　　　　　Defendant(s).

CASE NO. 26-0207-KKE

ORDER GRANTING STIPULATED
MOTION TO EXTEND DEADLINES

This matter is before the Court on the parties' stipulated motion to extend the time for Defendant to file its responsive pleading and to continue initial case deadlines in light of mediation scheduled for April 29, 2026.  Dkt. No. 16.

Finding good cause, the Court GRANTS the parties' stipulated motion and ORDERS as follows:

1. Defendant shall answer, move, or otherwise respond to the Complaint by May 29, 2026;

2. The time for the Parties to submit the Combined Joint Status Report and Discovery Plan to the Court is continued from March 13, 2026, to June 19, 2026.

3. The time to complete the FRCP 26(f) conference is extended to May 29, 2026; and

4. The date for the Parties' Initial Disclosures pursuant to FRCP 26(a)(1) is extended to June 12, 2026.

ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINES - 1

Dated this 25th day of February, 2026.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINES - 2