UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LILLI HUONG,<br><br>                    Plaintiff(s),<br><br>     v.<br><br>BEIS LLC,<br><br>                    Defendant(s). | CASE NO. 26-0207-KKE<br><br>ORDER GRANTING UNOPPOSED MOTION FOR EXCEPTION TO LOCAL CIVIL RULE 83.1 |

The Court GRANTS Plaintiff's unopposed motion for minor exception to the Local Rules W.D. Wash. LCR 83.1(d) local-counsel requirement for the pro hac vice admission of Hannah Dawson.  Dkt. No. 21.

Plaintiff's counsel, Jonas Jacobson, has an office near this District (in Portland, Oregon), is a member of the Washington bar, and is admitted to practice in this District.  The Court finds that this justifies an exception to the local-counsel requirement in LCR 83.1(d)(1) and that Mr. Jacobson may serve as local counsel for purposes of the pro hac vice admission of Ms. Dawson.

Ms. Dawson must nonetheless submit a separate application for leave to appear pro hac vice as detailed in LCR 83.1(d)(1).

Dated this 4th day of June, 2026.

Kymberly K Evanson

Kymberly K. Evanson
United States District Judge

ORDER GRANTING UNOPPOSED MOTION FOR EXCEPTION TO LOCAL CIVIL RULE 83.1 - 1