THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LILLI HUONG and KIMBERLY NOBLE, each individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>BEIS, LLC,<br><br>*Defendant*. | Case No. 2:26-cv-00207-KKE<br><br>**STIPULATED MOTION AND ORDER TO STAY DEADLINES** |

**Stipulated Motion**

Pursuant to Local Civil Rule 7(d)(1), Plaintiffs Lilli Huong and Kimberly Noble and Defendant BEIS, LLC, by and through their respective counsel, jointly move to stay certain deadlines pending resolution of Defendant's Motion to Stay Case, Dkt. 25, and Plaintiffs' Motion to Remand, Dkt. 38.

Defendant's Motion to Stay is fully briefed. Dkts. 25, 30, 34. Briefing is ongoing with respect to Plaintiffs' Motion to Remand. *See* Dkt. 38. Defendant has also filed a Motion to Dismiss Plaintiffs' Amended Complaint. Dkt. 36. To avoid potentially unnecessary briefing and discovery while the Court considers the stay and remand issues, the parties stipulate as follows:

- Plaintiffs' opposition to Defendant's Motion to Dismiss shall be due 21 days after the Court resolves both Defendant's Motion to Stay Case and Plaintiffs' Motion to Remand.
- Defendant's reply in support of its Motion to Dismiss shall be due 10 days after Plaintiffs file their opposition.
- Defendant's document-production obligations and all other discovery shall be stayed until the Court resolves both motions.

The parties therefore respectfully request that the Court enter the proposed order below.

IT IS SO STIPULATED.

By: *<u>/s/ Jonas B. Jacobson</u>*
Jonas B. Jacobson, WSBA No. 62890
jonas@dovel.com
Hannah Dawson (*pro hac vice*)
hdawson@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd, Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: +1 (310) 656-7069
Christopher Jennings*
Tyler Ewigleben*
Winston Hudson*
JENNINGS & EARLY PLLC
500 President Clinton Avenue, Suite 110
Little Rock, Arkansas 72201
Tel: (601) 270-0197
chris@jefirm.com

By: *<u>/s/ William P. Cole</u>*
Matthew R. Orr (*pro hac vice*)
William P. Cole (*pro hac vice*)
Cole Kroshus (*pro hac vice*)
AMIN WASSERMAN GURNANI, LLP
515 South Flower St., 18th Floor
Los Angeles, CA 90071
Tel: 213-933-2330
wcole@awglaw.com

By: *<u>/s/ Tyler S. Weaver</u>*
Tyler S. Weaver, WSBA #29413
Peter D. Hawkes, WSBA #56794
ANGELI & CALFO LLC
701 Pike Street, Suite 1625
Seattle, WA 98101
Tel: 206-703-4810
tylerw@angelicalfo.com

tyler@jefirm.com
winston@jefirm.com
** Pro Hac Vice Application to be submitted*

*Counsel for Plaintiffs*

peter@angelicalfo.com
*Attorneys for Defendant Beis, LLC*

**ORDER**

The Court, having considered the parties' stipulated motion to stay deadlines (Dkt. No. 39), and finding good cause therefore, GRANTS the parties' motion and hereby ORDERS:

1. Plaintiffs' opposition to Defendant's motion to dismiss (Dkt. No. 36) shall be due 21 days after the Court resolves both Defendant's motion to stay (Dkt. No. 25) and Plaintiffs' motion to remand (Dkt. No. 38).
2. Defendant's reply in support of its motion to dismiss shall be due 10 days after Plaintiffs file their opposition.
3. Defendant's obligation to produce documents in response to Plaintiffs' pending requests for production is STAYED until the Court resolves both Defendant's motion to stay and Plaintiffs' motion to remand.
4. All other discovery is STAYED until the Court resolves both motions.

IT IS SO ORDERED.

DATED this 22nd day of July, 2026.

Kymberly K. Evanson
United States District Judge